BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EILEEN TATING, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE, N.A.; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01027-JAM-GGH<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Action Filed: December 5, 2014<br>Trial Date: None |

Pursuant to the Stipulation for Dismissal of Action With Prejudice agreed to by the Defendant JPMORGAN CHASE, N.A. (erroneously named as CHASE, N.A.) ("Defendant") and plaintiff EILEEN TATING ("Plaintiff") (collectively, the "Parties"),

IT IS HEREBY ORDERED that:

1. This Action is dismissed with prejudice.
2. Each Party to bear their own costs and fees.

Dated: 8/29/2017 /s/ John A. Mendez_____

Judge of United States District Court